531 A.2d 1108

**COUNTY OF ALLEGHENY, Appellant,**

**v.**

**ALLEGHENY COUNTY POLICE ASSOCIATION and Thomas Boyle, Trustee Ad Litem.**

Supreme Court of Pennsylvania.

Argued Sept. 24, 1987.

Decided Oct. 8, 1987.

James J. Dodaro, County Sol., Thomas H.M. Hough, Asst. County Sol., Pittsburgh, for appellant.

18

Ronald P. Koerner, Gatz, Cohen, Segal & Koerner, Pittsburgh, James L. Weisman, Weisman & Pass, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

HUTCHINSON, J., did not participate in the consideration or decision of this case.

ZAPPALA, J., dissents.